## Commonwealth *v.* DeMarco, Appellant.

Submitted March 15, 1971. *Robert L. Katzenstein,* and *Weinstein & Bobrin,* for appellant; *Milton M. Stein,* Assistant

District Attorney, *James D. Crawford,* Deputy District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.

JACOBS, J., took no part in the consideration or decision of this case.